UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817**

Nathan Van Embden, Esquire
21 E. Main Street
PO Box 428
Millville, New Jersey 08332
856-327-4220
Attorney ID # NV2911

Tyeis S. Green

Debtor(s)

Case No.: *17-23797*

Judge: ABA

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO
## ☑ CREDITOR'S MOTION or CERTIFICATION OF DEFAULT
## ☐ TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1. ☑ Motion for Relief from the Automatic Stay filed by creditor USDA Rural Development.  A hearing has been scheduled for **August 28, 2018 at 10:00 am.**

### OR

2.  ☐ Motion to Dismiss filed by the Standing Chapter 13 Trustee.
A hearing has been scheduled for **_____.**

3. ☐ Certification of Default filed by creditor, **_____.**  I am requesting a hearing be scheduled on this matter.

4. ☐ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☑ Other:  I wish to put the post petition arrears in my plan.

5 This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

I certify under penalty of perjury that the foregoing is true and correct.

Date: <u>August 21, 2018</u>                    <u>/s/ Tyeis S. Green</u>
                                                Tyeis S. Green, Debtor