| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>FRANK J. MARTONE, P.C.<br>1455 BROAD STREET<br>BLOOMFIELD, NJ 07003<br>(973) 473-3000<br>bky@martonelaw.com<br>ATTORNEYS FOR SECURED<br>CREDITOR/SERVICING AGENT<br>USDA/RURAL DEVELOPMENT<br>2927.0243 | Order Filed on August 28, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Tyeis S. Green aka Tyeis S. Johnson | Case No.: 17-23797<br><br>Hearing Date: August 21, 2018<br><br>Judge: Hon. Andrew B. Altenburg, Jr.<br><br>Chapter: 13 |

**ORDER VACATING STAY AS TO REAL PROPERTY**

The relief set forth on the following page is hereby ORDERED.

**DATED: August 28, 2018**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Tyeis S. Green aka Tyeis S. Johnson |
| Case Number: | 17-23797 |
| Caption of Order: | Order Vacating Stay as to Real Property |

Upon the Motion of USDA/RURAL DEVELOPMENT, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

1. ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real Property more fully described as 10 HARTZ DRIVE, BRIDGETON NJ 08302; and

2. It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.