UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED
CREDITOR/SERVICING AGENT
USDA/RURAL DEVELOPMENT
2927.0243

In re:

Tyeis S. Green aka Tyeis S. Johnson

**Order Filed on August 28, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-23797

Hearing Date: August 21, 2018

Judge: Hon. Andrew B. Altenburg, Jr.

Chapter: 13

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED:** August 28, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Debtor: | Tyeis S. Green aka Tyeis S. Johnson |
| Case Number: | 17-23797 |
| Caption of Order: | Order Vacating Stay as to Real Property |

Upon the Motion of USDA/RURAL DEVELOPMENT, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain Real Property as hereinafter set forth, and for good cause shown it is

1. ORDERED that the automatic stay is vacated to permit the movant or its assignees to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Real Property more fully described as 10 HARTZ DRIVE, BRIDGETON NJ 08302; and

2. It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its foreclosure actions(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

3. The movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

United States Bankruptcy Court
District of New Jersey

In re:  
Tyeis S. Green  
    Debtor

Case No. 17-23797-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin<br>Form ID: pdf903 | Page 1 of 1<br>Total Noticed: 1 | Date Rcvd: Aug 28, 2018 |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db         +Tyeis S. Green,   10 Hartz Dr.,   Bridgeton, NJ 08302-4414

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:

      Christian Del Toro   on behalf of Creditor   USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
      Frank J Martone   on behalf of Creditor   USDA Rural Development bky@martonelaw.com  
      Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
      Nathan Van Embden   on behalf of Debtor Tyeis S. Green nve@nvanembden.com, lstyles@nvanembden.com  
      Rebecca Ann Solarz   on behalf of Creditor   United States of America, United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com  
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

      TOTAL: 7