UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
GREEN, TYEIS S.

Case No.: 17-23797-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court  District of New Jersey  PO Box 2067  Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on March 19, 2019, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4B  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 10 HARTZ DR., BRIDGETON NJ 08302  (FMV $150,000.00) |
|---|---|

| Liens on property: | $139,710.00- USDA RURAL DEV |
|---|---|

| Amount of equity claimed as exempt: | $10,290.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:    Andrew Sklar, Chapter 7 Trustee

Address:    1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:  
Tyeis S. Green  
    Debtor

Case No. 17-23797-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Feb 13, 2019  
                       Form ID: pdf905     Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2019.

```
db          +Tyeis S. Green,    10 Hartz Dr.,    Bridgeton, NJ 08302-4414
cr          +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
              Arlington, TX 76014-4101
cr          +USDA Rural Development,    PO Box 790170,    St. Louis, MO 63179-0170
516954214   +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
              Arlington, TX 76096-3853
516939736   +Americredit Financial Services, Inc dba GM Financi,    P O Box 183853,
              Arlington, TX 76096-3853
516924452  ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
            (address filed with court:   Bank of America,    P.O. Box 982235,    El Paso, TX 79998)
516924454   +Capital One Bank USA,    Attn: First Source,    P O Box 628,    Buffalo, NY 14240-0628
516924456   +Chase Card,    P.O. Box 15298,    Wilmington, DE 19850-5298
516924457   +GM Financial,    P O Box 181145,    Arlington, TX 76096-1145
516924460   +USDA Rural Development,    4300 Goodfellow Blvd.,    Saint Louis, MO 63120-1703
517152368   +USDA Rural Housing Service,    Customer Service Center,    PO Box 66879,
              St. Louis, MO 63166-6879
516924461   +Verizon,    Attn: Trident Asset Management,    53 Perimeter Ctr.,    Atlanta, GA 30346-2294
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2019 00:46:28      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2019 00:46:22      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516924453    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2019 00:54:04      Capital One Bank USA,
               15000 Capital One Dr.,    Richmond, VA 23238
517076563    E-mail/Text: bkr@cardworks.com Feb 14 2019 00:44:32      MERRICK BANK,
               Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
516924458   +E-mail/Text: bkr@cardworks.com Feb 14 2019 00:44:32      Merrick Bank,    PO Box 9201,
               Old Bethpage, NY 11804-9001
516924459   +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2019 00:46:21      Midland Funding LLC,
               2365 Northside Drive,    San Diego, CA 92108-2709
517086607    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2019 00:54:08
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
               Norfolk VA 23541
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516924455*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court:   Capital One Bank USA,    15000 Capital One Dr.,    Richmond, VA 23238)
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2019                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:

      Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com  
      Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
      Frank J Martone    on behalf of Creditor    USDA Rural Development bky@martonelaw.com

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Feb 13, 2019
                              Form ID: pdf905            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
          Nathan  Van Embden    on behalf of Debtor Tyeis S. Green nve@nvanembden.com, lstyles@nvanembden.com
          Rebecca Ann Solarz    on behalf of Creditor    United States of America, United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                           TOTAL: 8