| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tyeis S. Green** | Social Security number or ITIN    xxx–xx–3520 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–23797–ABA | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Tyeis S. Green
aka Tyeis S. Johnson

3/22/19

**By the court:** Andrew B. Altenburg Jr.
                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-23797-ABA
Tyeis S. Green                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2            Date Rcvd: Mar 22, 2019
                            Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2019.
db          +Tyeis S. Green,    10 Hartz Dr.,   Bridgeton, NJ 08302-4414
cr          +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
             Arlington, TX 76014-4101
516954214   +AmeriCredit Financial Services, Inc dba GM Financ,    P O Box 183853,
             Arlington, TX 76096-3853
516939736   +Americredit Financial Services, Inc dba GM Financi,    P O Box 183853,
             Arlington, TX 76096-3853
516924454   +Capital One Bank USA,   Attn: First Source,    P O Box 628,   Buffalo, NY 14240-0628
516924460   +USDA Rural Development,   4300 Goodfellow Blvd.,    Saint Louis, MO 63120-1703
516924461   +Verizon,   Attn: Trident Asset Management,    53 Perimeter Ctr.,   Atlanta, GA 30346-2294

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 23 2019 01:22:09    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 23 2019 01:22:04    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: USDARHS.COM Mar 23 2019 04:48:00    USDA Rural Development,   PO Box 790170,
             St. Louis, MO 63179-0170
516924452    EDI: BANKAMER.COM Mar 23 2019 04:48:00    Bank of America,   P.O. Box 982235,
             El Paso, TX 79998
516924453    EDI: CAPITALONE.COM Mar 23 2019 04:48:00    Capital One Bank USA,   15000 Capital One Dr.,
             Richmond, VA 23238
516924456   +EDI: CHASE.COM Mar 23 2019 04:48:00    Chase Card,   P.O. Box 15298,
             Wilmington, DE 19850-5298
516924457   +EDI: PHINAMERI.COM Mar 23 2019 04:48:00    GM Financial,   P O Box 181145,
             Arlington, TX 76096-1145
517076563    EDI: MERRICKBANK.COM Mar 23 2019 04:48:00    MERRICK BANK,   Resurgent Capital Services,
             PO Box 10368,   Greenville, SC 29603-0368
516924458   +EDI: MERRICKBANK.COM Mar 23 2019 04:48:00    Merrick Bank,   PO Box 9201,
             Old Bethpage, NY 11804-9001
516924459   +EDI: MID8.COM Mar 23 2019 04:48:00    Midland Funding LLC,   2365 Northside Drive,
             San Diego, CA 92108-2709
517086607    EDI: PRA.COM Mar 23 2019 04:48:00    Portfolio Recovery Associates, LLC,
             c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517152368   +EDI: USDARHS.COM Mar 23 2019 04:48:00    USDA Rural Housing Service,   Customer Service Center,
             PO Box 66879,   St. Louis, MO 63166-6879
                                                                                      TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516924455*  ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank USA,   15000 Capital One Dr.,   Richmond, VA 23238)
                                                                            TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin                Page 2 of 2                Date Rcvd: Mar 22, 2019
                             Form ID: 318               Total Noticed: 19

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2019 at the address(es) listed below:
          Andrew Sklar    andy@sklarlaw.com,  NJ43@ecfcbis.com;dolores@sklarlaw.com
          Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com,
           bky@martonelaw.com
          Frank J Martone    on behalf of Creditor    USDA Rural Development bky@martonelaw.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
           Financial ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Nathan Van Embden    on behalf of Debtor Tyeis S. Green nve@nvanembden.com,
           lstyles@nvanembden.com
          Rebecca Ann Solarz    on behalf of Creditor    United States of America, United States Department
           of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                            TOTAL: 8